UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| YVONNE HOLLIDAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION;<br>COSTCO WHOLESALE MEMBERSHIP, INC.;<br>and Does 1 to 30, Inclusive,<br><br>    Defendants. | Case No: 2:20-CV-01106 SVW (RAOX)<br><br>Assigned to United States District Judge Hon. Stephen V. Wilson, Courtroom 10A; Magistrate Judge Rozella A. Oliver, Courtroom 590<br>(Complaint filed on December 10, 2019)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION**<br><br>Trial Date: July 14, 2020 |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated "STIPULATED PROTECTIVE ORDER" is sanctioned by the Court, pursuant to Federal Rule of Civil Procedure 35 and shall be and now is the order of the Court.

//

//

1   All parties in this action shall abide by the terms of this "Order Re: STIPULATED
2   PROTECTIVE ORDER."
3       **IT IS SO ORDERED.**
4   DATED: April 10, 2020

_____
Honorable Rozella A. Oliver
United States Magistrate Judge