JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| YVONNE HOLLIDAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION;<br>COSTCO WHOLESALE MEMBERSHIP, INC.;<br>and Does 1 to 30, Inclusive,<br><br>    Defendants. | Case No: 2:20-CV-01106 SVW (RAOX)<br>Assigned to United States District Judge Hon. Stephen V. Wilson, Courtroom 10A; Magistrate Judge Rozella A. Oliver, Courtroom 590<br>(Complaint filed on December 10, 2019)<br><br>**ORDER RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Joint Stipulation for Dismissal of the Entire Action with Prejudice]<br><br>Trial Date:  August 18, 2020 |

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding that good cause exists, the Court hereby ORDERS that Plaintiff's case 2:20-CV-01106 SVW (RAOX) is hereby **DISMISSED** with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: July __8__, 2020

_____
Hon. Stephen V. Wilson
United States District Court Judge

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-1-